UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                  Criminal No. 12-cr-11-01-JL

Braedon Bellavance, et al.

O R D E R

The assented to motion to reschedule jury trial (document no. 99) filed by defendant Bellavance is granted; continuance is limited to 30 days. As all co-defendants assent to a continuance, the following deadlines pertain to all defendants: Final Pretrial is rescheduled to January 22, 2013 at 2:00 p.m.; Trial is continued to the two-week period beginning February 5, 2013, 9:30 a.m. In addition to various filing deadlines contained in the local rules, the parties shall also file any in limine motions no later than ten (10) days prior to the final pretrial conference. Objections to motions in limine shall be filed no later than three (3) days prior to the final pretrial conference.

Defendant Bellavance shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: December 26, 2012

cc: Counsel of Record
    U.S. Marshal
    U.S. Probation